PRAECIPE FOR WARRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:18cr180-CWR-LRA

CHARLES DEWAYNE SILAS, JR.
(wherever found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 19th day of September, 2018.

This the 19th day of September, 2018.

                    D. MICHAEL HURST, JR.
                    United States Attorney

                    By: _Kimberly Purdie_
                    KIMBERLY T. PURDIE
                    Assistant United States Attorney
                    MSB #104168

Warrant issued:_____

KTM/FBI